T. A. Stafford v. J. J. Terrell, Commissioner.

No. 1278. Decided May 5, 1904.

**School Land—Lease—Forfeiture—Reletting—Case Followed.**
The case of Angle v. Terrell, 97 Texas, 509, followed.

Original petition for writ of mandamus from the Supreme Court against the Commissioner of the General Land Office.

*D. H. Meek,* for relator.

*C. K. Bell,* Attorney-General, and *T. S. Reese,* Assistant, *E. Cartledge,* and *Taylor & Cornell,* for respondent.

GAINES, Chief Justice.—This case involves precisely the same question which was decided on a previous day of this term in the case of Angle v. Terrell et al., and upon the authority of that decision the application in this case is refused.